From: +12512957781 John♥
To: +12512954702 (owner)

**Attachments:**



Title: IMG_4686.png
Size: 1946582
File name: ~/Library/SMS/Attachments/52/02/703702BE-3CD6-46E8-94E9-
6B43FCBC4EF2/IMG_4686.png
Path: https://p11-
content.icloud.com/M5C85453497D537D59A240F77EAC1A9C6710F391324A3553A0
CB54C822B971914.C01USN00
~/Library/SMS/Attachments/52/02/703702BE-3CD6-46E8-94E9-
6B43FCBC4EF2/IMG_4686.png

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12512954702 | | 6/2/2021 8:49:28 AM(UTC -5) | |

**Status:** Read

6/2/2021 8:42:19 AM(UTC-5)

Source Extraction:
Logical
Source Info:
Teria's iPhone/mobile/Library/SMS/sms.db : 0x140E26B (Table: message, handle,
attachment; Size: 62541824 bytes)
Teria's iPhone/mobile/Library/SMS/Attachments/52/02/703702BE-3CD6-46E8-94E9-
6B43FCBC4EF2/IMG_4686.png :  (Size: 1946582 bytes)



From: +12512957781 John♥
To: +12512954702 (owner)

U think I should post this lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12512954702 | | 6/2/2021 8:49:28 AM(UTC -5) | |

**Status:** Read

6/2/2021 8:42:30 AM(UTC-5)

Source Extraction:
Logical
Source Info:
Teria's iPhone/mobile/Library/SMS/sms.db : 0x140FF83 (Table: message, handle; Size:
62541824 bytes)

39

✕    **Create Post**    Post

 **Juvie Ioneplaylikedat**

🌐 Public ▾    ➕ Album ▾

The look When you send a flunky to kill a nigga but his gun don't shot & you send em crawling to back him😂😂😂😭



Add to your post